01-15-00707-CV

Filed on 8/19/2015 10:26:18 AM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/19/2015 10:29:00 AM

CHRISTOPHER A. PRINE
Clerk

August 19, 2015

1st Court of Appeals
301 Fannin
Houston, Texas 77002

CCCL-2015-281511

## LETTER OF ASSIGNMENT

Trial Court Docket Number: 1065114
Trial Court Number: Three (3)

**Style:**

| EDNA L. HUBBARD AND ALL OCCUPANTS | VS. | FEDERAL NATIONAL MORTGAGE ASSOCIATION |
|---|---|---|
| **APPELLANT(S)** | | **APPELLEE(S)** |

**Judge:** LINDA STOREY

| **Appellant(s) Attorney:** | **Appellee(s) Attorney:** |
|---|---|
| Unique Green, Pro Se | Cole D. Patton, No. 24037247 |
| 3129 Elpyco Street | 1255 West 15th Street, Suite 1060 |
| Houston, Texas 77051 | Plano, Texas 75075 |
| Phone: N/A | Phone: (214) 291-3800 |
| Fax: N/A | Fax: (214) 291-3801 |
| E-Mail: N/A | E-Mail: N/A |

Unique Green, appellant, filed a Notice of Appeal on August 17, 2015 from the Final Judgment that was signed on August 12, 2015.

The Clerk's Record is due to your office on or before October 12, 2015.


/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

**1**

NO. <u>1065114</u>

| | | |
|---|---|---|
| ESTATE OF EDNA L. HUBBARD, | § | COUNTY COURT AT LAW |
| UNIQUE M. GREEN AND ALL | § | |
| OCCUPANTS | | |
| Plaintiff, | § | Number 3 |
| V. | § | |
| FEDERAL NATIONAL | § | |
| MORTGAGE ASSOCIATION | | |
| | § | |
| | § | |
| | § | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that the plaintiff, ESTATE OF EDNA HUBBARD, UNIQUE GREEN AND ALL OCCUPANTS appeals the final judgment signed August 12th 2015, the order evicting all occupants from resident at 3129 Elpyco St Houston, Texas 77051. The plaintiff requested a Jury Trial and PRO SE COUNSEL didn't receive it, also plaintiff feels Judge was bias and ruled in favor for attorney because they know each other.

The Final Judgment order was signed in Cause No. 1065114 FEDERAL NATIONAL MORTGAGE ASSOCIATION Vs. EDNA L. HUBBARD AND ALL OCCUPANTS 3129 ELPYCO ST HOUSTON TEXAS 77051 THE PREMISES in the County Court At Law # 3 Harris County, Texas.

Respectfully submitted,

By: _____
Unique Green
Pro Se

Estate of Edna L. Hubbard and all Occupant

FILED

2015 AUG 17 PM 4 29

COUNTY CLERK
HARRIS COUNTY, TEXAS

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**


CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August 2015, a copy of the foregoing was served on the following pursuant to the Texas Rules of Civil Procedure:

Cole D. Patton
State Bar No. 24037247
Lance J. Erickson
State Bar No. 24072509
1255 West 15th Street, Suite 1060
Plano Texas 75075
ATTORNEY FOR PLAINTIFF

3

FJN3 **"CLOSED"** CAUSE NO. 1065114                                                          SLC

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | § | COUNTY COURT AT LAW |
| PLAINTIFF, | § | |
| | § | |
| V. | § | NUMBER 3 OF |
| | § | |
| EDNA L. HUBBARD | § | |
| AND ALL OCCUPANTS, | § | |
| DEFENDANT, | § | |
| | § | |
| 3129 ELPYCO STREET | § | |
| HOUSTON, TX 77051 | § | |
| THE PREMISES | § | HARRIS COUNTY, TEXAS |

## FINAL JUDGMENT

CAME FOR CONSIDERATION on the Forcible Detainer Action filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Plaintiff").

Plaintiff appeared by and through its designated representative or counsel of record. *Unique Green*

Defendants EDNA L. HUBBARD and/or All Occupants of 3129 Elpyco Street, Houston, TX 77051, appeared/~~did not appear~~ in person ~~or through their attorney of record~~.

After reviewing the pleadings and hearing the arguments of the parties, the Court concludes that Plaintiff is entitled to the relief requested.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that FEDERAL NATIONAL MORTGAGE ASSOCIATION is entitled to possession of the premises located at **3129 Elpyco Street, Houston, TX 77051**, with the legal description of:

**THE EAST 59 FEET. 79 INCHES OF LOT FIFTEEN (15), IN BLOCK TWENTY FIVE (25) OF REED WOODS, AN ADDITION TO THE CITY OF HOUSTON IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 42; PAGE 71 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.**

IT IS FURTHER ORDERED THAT if Defendants fails to vacate the Premises by *including Unique Brown and all other*

*September 11, 2015*, then Plaintiff shall be entitled to obtain a writ of *Occupants thereof,* possession ordering any Constable to remove said Defendants from said Premises.

SIGNED this 12ᵗʰ day of August, 2015.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE

McCARTHY HOLTHUS - TEXAS, LLP

_____
Cole D. Patton
State Bar No. 24037247
Lance J. Erickson
State Bar No. 24072509
1255 West 15ᵗʰ Street, Suite 1060
Plano, Texas 75075
Phone: (214) 291-3800
Fax:    (214) 291-3801
**ATTORNEY FOR PLAINTIFF**

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

FINAL JUDGMENT
MH FILE NO. TX-15-54443